# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| WILLIAM BURNETT<br>*Plaintiff*<br>v.<br>MUTUAL OF OMAHA MORTGAGE, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 7:26-cv-241 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff William Burnett .

Date: 6/7/2026

s/ Ryan Duffy
*Attorney's signature*

Ryan Duffy
*Printed name and bar number*

The Law Office of Ryan P. Duffy, PLLC
96 E. Catawba Street, Suite 6
Belmont, NC 28012
*Address*

ryan@ryanpduffy.com
*E-mail address*

(704) 741-9399
*Telephone number*

*FAX number*

Print Save As... Reset